# UNITED STATES DISTRICT COURT, ~~CENTRAL DISTRICT OF CALIFORNIA~~ IOWA → New Filing
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** (Check box if you are representing yourself [X])
MICHAEL R. SPENGLER

**DEFENDANTS** (Check box if you are representing yourself [X])
WELLS FARGO BANK N.A.

**(b) County of Residence of First Listed Plaintiff:** LOS ANGELES
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant:**
(IN U.S. PLAINTIFF CASES ONLY)

RECEIVED AUG 21 2020 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.
MICHAEL R. SPENGLER - #3984203
T.T.C.F. 450 Bauchet Street
L.A. CA 90012

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.
Wells Fargo Bank N.A.
1 Home Campus, Des Moines
Iowa

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [X] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No  **MONEY DEMANDED IN COMPLAINT:** $ over $75,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 USC 1367 State law torts/Diversity of parties

**VII. NATURE OF SUIT** (Place an X in one box only).

- 290 All Other Real Property [X]

FOR OFFICE USE ONLY:  Case Number:

CV-71 (10/14)   CIVIL COVER SHEET   Page 1 of 3

1

|2|

# Venue:

28 USC 1391(b)

1) DEFENDANT (the sole DEFENDANT) RESIDES IN this DISTRICT, Does business IN and operates/maintains & has the principal place of business (listed on & in the complaint) herein.

2) THE ACCOUNTS & ASSETS ARE held by DEFENDANT at their location listed herein.

3) Contracts were signed and are held here.

2

1 Name: Michael R. Spengler
2 Address: #3984203 - T.T.C.F.
3 450 Bauchet street
4 ~~Phone:~~ Los Angeles, CA
5 ~~Fax:~~ 90012
6 In Pro Per prisoner
7

RECEIVED
AUG 21 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

8 UNITED STATES DISTRICT COURT
9 CENTRAL DISTRICT OF CALIFORNIA

10 Michael R. Spengler
11
12                                    Plaintiff
13         v.
14 Wells Fargo Bank
15 N.A.
16                                    Defendant(s).

CASE NUMBER:
(new)
To be supplied by the Clerk of
The United States District Court

28 USC 1367

17 **JURISDICTION:**
18 Plaintiff brings this action under 28 USC
19 1367 because they are state torts and
20 not federal actions, However diversity
21 exsists because the amount in question
22 is $75,000.00 & defendant resides in &
23 has a principal place of business in Iowa.
24 And the doctrine of "Forum Non Conveniens"
25 allows this action to be filed in defendants
26 court closest to them.
27 **Venue:**
28

3

Case 4:20-cv-00266-RGE-SBJ Document 1 Filed 08/21/20 Page 4 of 14

**1. PLAINTIFF:** ~~Defendant~~ Michael R. Spengler —

although a pretrial detainee prisoner at a medical facility - also has assets/residency in Los Angeles close by.

**1. Defendant** Wells Fargo Bank N.A.

1 Home Campus, Des Moines, Iowa - "probate/court department"

___. Defendant

___. Defendant

4

Pro Se Clinic Form          Page Number

PG. 5

STATEMENT OF FACTS:

- 1- ON 6/6/18 A L.A COUNTY CALIFORNIA Superior Court ordered that petitioner recieve his Father Michael P. Spengler's Los Angeles County Estate, Assets, and Bank Accounts, and after issuing this final order, closed the estate & case.
- 2. There was not any objection or appeal, thus the Rooker-Feldman is inapplicable.
- 3. And because the probate case is closed & final, and final judgement entered that is unopposed/unappealed, petitioner DOES NOT seek to intervene in the state/probate case or it's administration, therefore the probate exception is inapplicable.
- 4) petitioner plaintiff files herein <u>post probate</u> torts. where pursuant to that order plaintiff used the order to collect his monetary assets (again post probate & with it's resjudicate/valid order) Wells Fargo Bank N.A. Iowa which held the assets would not & will not give them to plaintiff.

~~This is a tort~~

p.6

5) The state probate court had already probated the will, exercised jurisdiction of the estate and inventoried & administered the estate.

Therefore plaintiff does NOT seek a probate exception or this court to probate a will or administer an estate, to one already willed & administered.

6) Yes, plaintiff resides in Los Angeles, CA. (both incarcerated & his home) Yes, the state probate case was exercised in Los Angeles, CA L.A Superior court Stanley Mosk court because the estate (House/business) was in Los Angeles county, CA.

However again bank accounts/trust accounts surfaced tracing back to Des Moine's Iowa mailed to & belonging to the L.A. county estate

Plaintiff seeks a tort "collection" on because they were willed, inventoried & administered to him already.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

(BREACH OF FIDUCIARY DUTY- )
*insert title of cause of action*

(As against Defendant(s)): Wells FARGO BANK N.A.
_____ )

1. DEFENDANT, OCCUPYING A POSITION OF trust by HOLDING ONTO Assets belonging to THE Estate OF Michael P. Spengler inventoried, willed, And administered to Michael Spengler JR. Plaintiff.

2. Accounts 186540 4162 + 2-3 other related Accounts totalling $50,000-75,000 owed to THE Estate/Plaintiff. IN Addition when DEFENDANT, defendant counters by claiming Plaintiff owes $16,000.00 AND $35,000 ON 2 other Accounts held by DEFENDANT - Iowa

3. Wells FARGO BANK N.A. Failed + Fails to live up to it's Duty of trust, because the court order & litigated issues demanded Wells FARGO DEFENDANT to "Give Plaintiff" these Accounts and counter claims IN The Same order - NOT to be owed by Plaintiff.

7

Pro Se Clinic Form              Page Number

## SECOND CAUSE OF ACTION

( FRAUD- intentional misrepresentation )
*insert title of cause of action*

(As against Defendant(s): WELLS FARGO BANK N.A. )

1. PLAINTIFF, IN GOOD FAITH, PAID DEFENDANT the $35,000.00 owed on one of the credit accounts he inherited. (But refuses to still do so on the other $16,000 for other reasons)

2. DEFENDANT told one of PLAINTIFF's legal referee trustees that if he paid this, his 6/6/18 order would be recognized and PLAINTIFFS standing would be established in the other 3 monetary accounts and its FUNDS released.

3. Furthermore, DEFENDANTS furnished what appeared to be a court order for PLAINTIFF to pay the $35,000.

4) DEFENDANTS representations were FALSE because the Accounts/FUNDS were not released to PLAINTIFF nor his standing established, pupon subpoena by the legal referee trustee for PLAINTIFF the court order was only a "pro-posed" $ not valid as       8       presented originally

## THIRD CAUSE OF ACTION

(Breach of contract oral and written)
*insert title of cause of action*

(As against Defendant(s): Wells FARGO BANK N.A. )

1. (SAME FACTS AS 2ND CAUSE OF ACTION)

2. ADDITIONAL FACTS: — I and DEFENDANT had a legal binding contract. PLAINTIFF would pay a $35,000 credit account pursuant to what was presented as a valid court order, & PLAINTIFF would receive his bank accounts, standing, funds recovery.

3. A $16,000.00 credit account still stands "owed" — PLAINTIFF was told he would not have to pay due to FRAUDULENT/STOLEN card use by a Michelle J. Waggoner. DEFENDANT has breached it's contract now claiming PLAINTIFF owes the $16,000 (letter by mail) because he "inheritted these accounts" but also broke its agreement in establishing standing/transfer of the other $50-70,000+ accounts it said it would.

## FOURTH CAUSE OF ACTION

(Negligence _____)
*insert title of cause of action*

(As against Defendant(s): Wells FARGO BANK N.A. _____)

1. DEFENDANT Wells FARGO BANK N.A. owed & owes me a legal duty of care; in which DEFENDANT acted & continues to act unreasonably: probated willed & administered assets; wellsFArgo has teetered back & forth on in recognizing.

2. several valid judgements recognized these assets, AND plaintiff's standing, and determined plaintiff owed defendant nothing. defendants negligence & continued negligence with their willful disobediance of it's court order including applicible codes

3. that govern recovery & damages incurred on the accounts constitute negligence.

4) plaintiff is aware of additional damages on the 3 $50-70,000 accounts where John & Jane Does have stolen checks & the bank cards, committing fraud on the accounts contrary to the signature/contract wellsFArgo has & continues to allow for its carelessness & failure to give plaintiff his assets.

5) Additionally other vindictiveness & fraud for actions on the 2 creditor claims 10 is why "funds are witheld"

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. Compensatory, monetary, nominal according to proof, maximum allowed by law, per tort, and exemplary/punitive for fraud/malice/oppression

2. Emotional & mental damages & loss of property: IE House/Mortgage; legal costs

3. Litigate via mail, and to service Defendant forthwith US Marshalls. ADR referral.

4. Any other relief seen fit.

11

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 8/13/20

Sign: _____
Print Name: Michael R. Spengler
Plaintiff in pro per

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael R. Spengler #3984203
T.T.C.F.
450 Bauchet Street
Los Angeles, CA 90012

ATTORNEY(S) FOR: Pro-per Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA new

Michael R. Spengler

Plaintiff(s),

v.

Wells Fargo Bank N.A.

Defendant(s)

CASE NUMBER:

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Michael R. Spengler
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Wells Fargo Bank N.A. | Defendant / Iowa |

8/13/2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Michael R. Spengler

Spengler, Michael
#3984203
T.T.C.F.
450 Bauchet Street
L.A. CA 90012

Clerk - US District Court
131 E. 4th Street
#150
Davenport, Iowa 52801

Legal Mail